[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 21, 2007
THOMAS K. KAHN
CLERK

No. 06-15204
Non-Argument Calendar
_____

D.C. Docket No. 06-00005-CR-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCELINO RAMIREZ RABELO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(March 21, 2007)**

Before TJOFLAT, BLACK and MARCUS, Circuit Judges

PER CURIAM:

Stephen M. McCusker, appointed counsel for Marcelino Ramirez Rabelo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rabelo's conviction and sentence are **AFFIRMED**.